**Order entered February 17, 2023**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-01248-CV

### IN THE INTEREST OF P.V. AND S.V.V., CHILDREN

**On Appeal from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-54438-2018**

### ORDER

As directed by this Court, appellant has provided verification of payment for the clerk's record. Accordingly, we **ORDER** Collin County District Clerk Michael Gould to file the clerk's record on or before **March 20, 2023**. We **DIRECT** the Clerk of this Court to send a copy of this order to Mr. Gould and all parties.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE